United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 08-170 |
| RONALD KEWON CRUISE, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 11] entered the 23rd day of June, 2008 as well as the objections to the Report and Recommendation made by the defendant.  This court has made a *de novo* determination of those findings and portions objected to by the defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

It is Ordered that the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 11] entered the 23rd day of June, 2008 be accepted as entered.

Done this 26th day of June 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE